**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James Ray Morris
Attorney at Law
4216 Lake St.
Lake Charles LA 70605

Larry Arlen Roach, Jr.
Attorney at Law
2917 Ryan St.
Lake Charles LA 70601

**REHEARING ACTION: January 14, 2015**

**Docket Number: 14   00505-WCA**

**BELINDA FLORES**
**VERSUS**
**A & Z TOBACCO, LLC, D/B/A PAK A SAK**

**Appealed from Office of Workers' Compensation - # 3 Case No. 12-03305**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. John D. Saunders**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **A & Z Tobacco, LLC** has this day been

    **DENIED.**
    Thibodeaux, C. J., would grant the rehearing.

cc: Scott James Pias, Counsel for the Appellee